[No. 10601-2-III. Division Three. April 25, 1991.]

DICK CROCKER, ET AL, *Appellants,* v. CHELAN COUNTY
BOARD OF COMMISSIONERS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Chelan County, No. 88-2-00638-0, Fred Van Sickle, J.,

entered February 2, 1990. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Shields, JJ.